UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ANTHONY J. MILLER, SR., | Case No. 15-cv-02470-YGR (PR) |
| | **ORDER OF DISMISSAL** |

This action was opened when the Court received from Plaintiff Anthony J. Miller, Sr. a letter addressed to Senior District Court Judge Thelton E. Henderson expressing his displeasure with the conditions of confinement in the institution at which he is currently housed, the Richard J. Donovan Correctional Facility.

In this action, the Clerk of the Court opened a case file, sent out a notice that Plaintiff had not filed a complaint, and cautioned that the action would be dismissed if he did not submit a complaint within twenty-eight days. Plaintiff then sent a letter stating that he did not intend to commence a new action but only to inform Judge Henderson of his concerns. Dkt. 4.

In light of Plaintiff's explanation that the letter he sent to Judge Henderson was not intended to commence a new action, this action is DISMISSED as opened in error. No filing fee is due. The Clerk shall close the file.

Plaintiff is advised that he may send any medical or mental health complaints directly to the Receiver at the following address: California Correctional Health Care Services, Controlled Correspondence Unit, P.O. Box 4038, Sacramento, CA 95812-4038.

IT IS SO ORDERED.

Dated: July 14, 2015

_____
YVONNE GONZALEZ ROGERS
United States District Court Judge